| | |
|---|---|
| 1 | THOMAS A. ERICSSON, ESQ. |
| 2 | Nevada Bar No. 4982 |
|   | Oronoz & Ericsson, LLC |
| 3 | 1050 Indigo Drive, Suite 120 |
|   | Las Vegas, Nevada 89145 |
| 4 | Telephone: (702) 878-2889 |
|   | Facsimile: (702) 522-1542 |
| 5 | tom@oronozlawyers.com |
| 6 | *Attorney for Kimberly Ann Milko* |

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | ) |   |
|---|---|---|
|   | ) |   |
| Plaintiff, | ) |   |
|   | ) | CASE NO: 2:16-cr-0032-JCM-EJY |
| vs. | ) |   |
|   | ) |   |
| KIMBERLY ANN MILKO, | ) | **STIPULATION TO RESCHEDULE** |
|   | ) | **PRETRIAL DIVERSION HEARING** |
| Defendant. | ) |   |
|   | ) | (Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between ROBERT A. KNIEF, ESQ., Assistant United States Attorney, counsel for the UNITED STATES OF AMERICA; THOMAS A. ERICSSON, ESQ., counsel for defendant, KIMBERLY ANN MILKO, that the pretrial diversion hearing currently scheduled for February 20, 2020, at the hour of 10:00 a.m., be vacated and rescheduled to February 18, 2020, at 10:30 a.m.

This stipulation is entered into for the following reasons:

1. Counsel for Defendant Milko has a conflict in his schedule that necessitates rescheduling the hearing.

2. Defendant Kimberly Milko is currently out of custody, and she agrees with rescheduling the hearing.

1

3. Counsel for Kimberly Milko has spoken to Assistant United States Attorney Robert A. Knief, and he agrees with rescheduling the hearing.

4. The change in time requested herein is not sought for purposes of delay.

5. Additionally, denial of this request to reschedule the hearing could result in a miscarriage of justice.

DATED: February 14, 2020.

| | |
|---|---|
| */s/ Thomas A. Ericsson* | */s/ Robert A. Knief* |
| THOMAS A. ERICSSON, ESQ. | ROBERT A. KNIEF, ESQ. |
| Counsel for Kimberly Ann Milko | Assistant United States Attorney |
| | Counsel for USA |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

   Plaintiff,

vs.

KIMBERLY ANN MILKO,

   Defendant.

CASE NO: 2:16-cr-0032-JCM-EJY

**FINDINGS OF FACT, CONCLUSIONS OF LAW, AND ORDER**

(Second Request)

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Counsel for Defendant Milko has a conflict in his schedule that necessitates rescheduling the hearing.

2. Defendant Kimberly Milko is currently out of custody, and she agrees with rescheduling the hearing.

3. Counsel for Kimberly Milko has spoken to Assistant United States Attorney Robert A. Knief, and he agrees with rescheduling the hearing.

4. The change in time requested herein is not sought for purposes of delay.

5. Additionally, denial of this request to reschedule the hearing could result in a miscarriage of justice.

## CONCLUSION OF LAW

The ends of justice served by granting said stipulation outweigh the best interests of the public, since the failure to grant said stipulation would be likely to result in a miscarriage of justice, would deny the defendant sufficient time and the opportunity within which to be able

to effectively and thoroughly prepare for the pretrial diversion hearing, taking into account the exercise of due diligence.

**ORDER**

IT IS ORDERED that the pretrial diversion hearing currently scheduled for February 20, 2020, at the hour of 10:00 a.m. be vacated and rescheduled to February 18, 2020, at the hour of 10:30 a.m.

DATED February 14, 2020.

_____
UNITED STATES DISTRICT JUDGE