```
NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
ROBERT A. KNIEF
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
Email:  Robert.Knief@usdoj.gov
Counsel for Plaintiff United States
```

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:16-CR-0032-JCM-EJY |
| Plaintiff, | **GOVERNMENT MOTION TO DISMISS** |
| vs. | |
| KIM MILKO, | |
| Defendant. | |

Following the successful completion of more than six months of supervision, concurrence from Pretrial Services, and to achieve parity among defendants, the government moves to dismiss the indictment under this case number as to the named defendant.

Dated this 30th day of July 2020.

Respectfully submitted,

NICHOLAS A. TRUTANICH
United States Attorney


*/s/ Robert A. Knief*
ROBERT A. KNIEF
Assistant United States Attorney

**Certificate of Service**

I hereby certify that on July 30, 2020, I electronically filed the foregoing **GOVERNMENT MOTION TO DISMISS** with the Clerk of the Court for the United States District Court for the District of Nevada using the CM/ECF system.

*/s/ Robert Knief*
ROBERT KNIEF
Assistant United States Attorney