**James C. Mahan**
**U.S. District Judge**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-CR-32 JCM (EJY) |
| Plaintiff(s), | ORDER |
| v. | |
| EMILE EDWARD BOUARI, et al., | |
| Defendant(s). | |

Presently before the court is the government's motion to dismiss the indictment against defendant Kimberly Ann Milko. (ECF No. 249).

The government moves to dismiss this indictment due to defendant Milko's "successful completion of more than six months of supervision, concurrence from Pretrial Services, and to achieve parity among defendants." (*Id.*). This court grants the instant motion. The indictment against defendant Milko, (ECF No. 3), is dismissed.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the government's motion to dismiss the indictment against defendant Kim Milko (ECF No. 249) be, and the same hereby is, GRANTED.

IT IS FURTHER ORDERED that the indictment against defendant Kim Milko (ECF No. 3) be, and the same hereby is, DISMISSED.

DATED August 3, 2020.

_____
UNITED STATES DISTRICT JUDGE